No. 507. CITY OF OMAHA ET AL. *v.* FRANK BROTHERS FOOTWEAR, INC. Supreme Court of Nebraska. Certio-

rari denied. *Ralph E. Svoboda* for petitioners. *Charles S. Rhyne* filed a brief for the National Institute of Municipal Law Officers, as *amicus curiae,* supporting the petition. *M. James Spitzer* filed a brief for Best & Co., Inc., as *amicus curiae,* opposing the petition.